**Beau BRADSHAW, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64747.**

Missouri Court of Appeals, Western District.

Sept. 27, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 2005.

Kent Denzel, Assistant Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., and SMART and NEWTON, JJ.

**Order**

PER CURIAM.

Beau Bradshaw appeals the denial of his Rule 29.15 motion for post-conviction relief. The motion court's findings and conclusions that Bradshaw's trial counsel was not ineffective are not clearly erroneous. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).